ROBERT E. DOOLEY, Respondent, *v.* THE PRESS PUB-
LISHING COMPANY, Appellant.

*Dooley v. Press Publishing Co.,* 170 App. Div. 492, affirmed.

(Argued October 14, 1918; decided October 29, 1918.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered January 11, 1916, affirming a judgment in favor
of plaintiff entered upon a verdict in an action for libel.
Defendant was the publisher of the *World,* a newspaper
published in New York city. The complaint alleged
that said newspaper published an article falsely charging
plaintiff, a police officer, with accepting and using a free
pass issued to him by a taxicab company. The defense
was that the article complained of was a fair and sub-
stantially true report of a public, official and judicial
proceeding and the publication was made without malice.

*Howard Taylor* and *Charles B. Brophy* for appellant.
*Henry F. Cochrane* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and MCLAUGHLIN, JJ.   Not voting: ANDREWS, J.